7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Jaime Lynn Deering
**Debtor**

*Bankruptcy Case No.*
15−20681−drd7

**Frederick J Paddon**
   Plaintiff(s)

*Adversary Case No.*
15−02017−drd

v.

**Jaime Lynn Deering**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Defendant's obligations to Plaintiff under the decree constitute debts to a former spouse of the debtor, incurred by Defendant in the course of a divorce proceeding, and are excepted from a chapter 7 discharge under 11 U.S.C. § 523(a)(15). The Court therefore finds that Defendant's obligations under the Judgment and Decree of Dissolution of Marriage entered by the Circuit Court of Montgomery County, Missouri , Division I, styled In re: The Marriage of Frederick J. Paddon, III and Jaime Lynn Deering, Case No. 09AA−DR00058, are excepted from the discharge entered in Defendant's above−styled underlying bankruptcy case.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Kim McClanahan
       Deputy Clerk



Date of issuance: 12/18/15

Court to serve